LAW OFFICES
KRING & CHUNG, LLP
2151 RIVER PLAZA DRIVE, SUITE 310
SACRAMENTO, CALIFORNIA 95833
TELEPHONE (916) 564-7000

Shane Singh, Attorney Bar No. 202733

Attorneys for Defendant DKM & RKM Investments, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COHEN, | CASE NO. 2:06-CV-000116-WBS-DAD |
| Plaintiff, | **STIPULATION AND ORDER REGARDING TIME TO FILE RESPONSIVE PLEADING AND STATUS (PRE-TRIAL SCHEDULING) CONFERENCE** |
| vs. | |
| DKM & RKM INV, LP | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Plaintiff GERALD COHEN and Defendant DKM & RKM INV, LP hereby Stipulate and Agree by and between their respective counsel that:

1) Defendant DKM & RKM INV, LP was personally served with the Summons and Complaint on February 19, 2006.

2) Defendant DKM & RKM INV, LP retained counsel on March 8, 2006.

3) Counsel for DKM & RKM INV, LP has reviewed the Commercial Real Estate Lease agreement that is in effect regarding the property that is the subject of this litigation and is of the belief that certain indemnity obligations are owed to Defendant DKM & RKM INV, LP by an entity that is not part of this litigation.



G:\DOCS\SHU\DSHU2\inBOX\Signed\Stipulation(2).wpd

    4)    Counsel for Defendant RKM & DKM INV, LP is of the belief that this other entity would be a proper party to this case and counsel is working diligently to tender defense and if appropriate have this other entity be a part of this matter.

    5)    Plaintiff GERALD COHEN and DKM & RKM INV, LP jointly request that the time for DKM & RKM INV, LP to file a responsive pleading be continued to <u>April 14, 2006</u>.

    6)    The parties also jointly request that the Status (Pre-Trial Scheduling) Conference set for April 10, 2006 be continued to a date in which the parties shall have a meaningful opportunity to meet and to develop a discovery plan.

**IT IS SO STIPULATED.**

DATED: March 15, 2006                    THOMAS N. STEWART, III, ATTORNEY AT LAW

                                                      By: */s/ Tomas N. Stewart, Esq.*
                                                            THOMAS N. STEWART
                                                            Attorney for Plaintiff, GERALD COHEN

DATED: March 15, 2006                      KRING & CHUNG, LLP

                                                        By: */s/ Shane Singh, Esq.*
                                                           SHANE SINGH
                                                           Attorney for Defendant DKM & RKM INV, LP

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**FOR GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1) Defendant DKM & RKM INV, LP have until April 14, 2006 in which to file a responsive pleading.

2) The Status (Pre-Trial Scheduling) Conference is continued to June 5, 2006 at 9:00 a.m. before the undersigned Judge in Courtroom 5.

DATED:  March 17, 2006



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE